1   Ronald M. Horwitz, Esq. #005655
    **JABURG & WILK, P.C.**
2   3200 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012
3   (602) 248-1000

4   Attorneys for Plaintiff

5               **UNITED STATES BANKRUPTCY COURT**

6                     **DISTRICT OF ARIZONA**

7   JAMES R. HUTTO and
8   MICHELE H. HUTTO and                    Chapter 13
    DIANNE C. KERNS, Trustee,
9                                           Case No. 4-09-bk-30810-JMM
                Respondents.
10
                                            **NOTICE OF LODGING ORDER**
11

12          NOTICE IS HEREBY GIVEN that Movant Wachovia Dealer Services, Inc. fka WFS
13
    Financial, Inc. has this date Lodged an Order Granting Adequate Protection with the Court.
14
            DATED this 11th day of January, 2010.
15
                                            **JABURG & WILK, P.C.**
16
                                               s/ Ronald M. Horwitz
17                                          Ronald M. Horwitz, Esq.
                                            Attorneys for Plaintiff
18  **ORIGINAL** of the foregoing mailed
    this 11th day of January, 2010, to:
19
    JAMES R. HUTTO
20  MICHAEL H. HUTTO
    7875 S. Wild Primrose
21  Tucson, AZ  85747

22  BRIAN C. DAULT
    908 W. Chandler Blvd.
23  Suite D
    Chandler, AZ  85225
24
    DIANNE C. KERNS
25  7320 N. La Cholla #154 PMB 413
    Tucson, AZ  85741-2305
26

27      s/ Jeanette Chavez

28

    43443-92327/RMH/JMC2/777568_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX. ARIZONA 85012