| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630) |
| 2 | BRIAN PAINO (AZ SBN 027091)
PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200
P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933
Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385
jsalmon@piteduncan.com |
| 6 | |
| 7 | Attorneys for BAYVIEW LOAN SERVICING, LLC |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - TUCSON DIVISION

| In re | Case No. 4:09-BK-30810-JMM |
|---|---|
| JAMES R. HUTTO AND MICHELE H. HUTTO, | Chapter 13 |
| Debtor(s). | |
| BAYVIEW LOAN SERVICING, LLC, | NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant, | |
| vs. | |
| JAMES R. HUTTO AND MICHELE H. HUTTO, Debtor(s); and DIANNE C. KERNS, Chapter 13 Trustee, | |
| Respondents. | |

TO DEBTORS, DEBTORS' ATTORNEY, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Bayview Loan Servicing, LLC (hereinafter "Movant"), hereby lodges its proposed Order Granting Motion for Relief From Automatic Stay, which is attached hereto as exhibit A.

Dated: March 24, 2010
PITE DUNCAN, LLP

/s/ Josephine E. Piranio 020630
JOSEPHINE E. PIRANIO
Attorneys for BAYVIEW LOAN SERVICING, LLC

- 1 -