# United States Bankruptcy Court
## District of Arizona

In re **James R. Hutto / Michele H. Hutto**
Debtor(s)

Case No. **4:09-bk-30810**
Chapter **13**

# MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **November 30, 2009**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. This case has not been previously converted.
3. Debtor James Hutto was laid off on April 20, 2010 resulting in decreased income that makes the proposed plan unfeasible.
4. An amended Schedule I has been filed in this case to reflect the change in income.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **May 21, 2010**  Signature **/s/ James R. Hutto**
**James R. Hutto**
Debtor

Date **May 21, 2010**  Signature **/s/ Michele H. Hutto**
**Michele H. Hutto**
Joint Debtor

Attorney **/s/ Brian C. Dault**
**Brian C. Dault**

**Dault & Associates, PLLC**
**908 W. Chandler Blvd.**
**Suite D**
**Chandler, AZ 85225**
**480-305-5970**
**Fax: 480-305-5974**
**brian@daultlaw.com**