Dault & Associates, PLLC
Brian C. Dault, Esq.
908 W. Chandler Blvd., Suite D
Chandler, Arizona 85225
480-305-5970
brian@daultlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JAMES R HUTTO<br><br>MICHELE H HUTTO,<br><br>Debtors. | Case No.: 4:09-bk-30810-JMM<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN that the debtor's attorney, Brian C. Dault, has this date Lodged a Proposed Order Approving Fees in a Converted or Dismissed Case with the Court.

DATED this 24th day of June, 2010.

**DAULT & ASSOCIATES, PLLC**

___/s/ Brian C. Dault_____
Brian C. Dault, Esq.
Attorney for Debtors

**ORIGINAL** of the foregoing mailed
This 24th day of June, 2010, to:

James & Michele Hutto
7875 S. Wild Primrose
Tucson, AZ 85747

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305

Beth Lang
1955 West Grant Road, Suite 125
Tucson, AZ 85745