**THIS ORDER IS APPROVED.**

Dated: July 07, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

DIANNE CRANDELL KERNS, ESQ.
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305
Telephone (520)544-9094
Fax (520)544-7894

# United States Bankruptcy Court

## District Of Arizona

In re: )
)
JAMES R. HUTTO )
)
MICHELE H. HUTTO ) Case No. 09-30810-TUC-JMM
)
)
          Debtors ) Chapter 13
)
Last four digits of Social Security No(s).: 1781 )
                                        1451 )
_____)

**ORDER APPROVING TRUSTEE'S APPLICATION FOR EXPENSES AND FEES, DISTRIBUTION OF FUNDS FOR COSTS AND ADEQUATE PROTECTION PAYMENTS IN A DISMISSED OR CONVERTED PRE-CONFIRMED CASE**

Upon Application of Dianne C. Kerns who served as the Chapter 13 Trustee prior to the dismissal or conversion in the above-captioned case, for her approval to pay Court costs, adequate protection payments, and trustee expenses and fees for the above-captioned converted or dismissed case and good cause appearing,

      IT IS ORDERED that interest of $0.00 to be credited to the Debtors' account and the following to be disbursed:

| | | |
|---|---|---|
| 1. | Ongoing Mortgage of | $5914.84 (PAID) |
| 2. | Trustee fee of | $1073.76 ($751.06 PAID) |
| 3. | Attorney fees of | $      0.00 |
| 4. | Adequate Protection of | $   920.46 (PAID) |
| 5. | Turned over to Debtor(s)* | $ 2936.94 |
| | TOTAL | $10846.00 |

DATED:

_____
U. S. BANKRUPTCY JUDGE

*or turned over to the Debtor(s)' attorney if the attorney has obtained Court approval of the payment of administrative expenses; or to any taxing agency in the event a levy has been placed on the Debtor(s)' property; or in the event the Debtor(s) file a new Chapter 13 prior to the disbursement of the funds on hand the funds will be applied to the new case as supplemental plan funding.